```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2723

 5  Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-CV-00692-GEB-GGH |
| ) | |
| Plaintiff, ) | APPLICATION AND ORDER |
| ) | FOR PUBLICATION |
| v. ) | |
| ) | |
| APPROXIMATELY $129,707.00 IN U.S. ) | |
| CURRENCY, ) | |
| ) | |
| APPROXIMATELY $100,700.54 IN MONEY ) | |
| ORDERS, ) | |
| ) | |
| APPROXIMATELY $108,460.00 IN U.S. ) | |
| CURRENCY, AND ) | |
| ) | |
| APPROXIMATELY $251,911.00 IN U.S. ) | |
| CURRENCY, ) | |
| ) | |
| Defendants. ) | |

The United States of America, plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims (hereafter "Supplemental Rules") provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order

1

1 of the Court;

2    2.   Local Rule 83-171, Eastern District of California, 3 provides that the Court shall designate by order the appropriate 4 newspaper for publication;

5    3.   The defendant properties were seized in the city of Los 6 Angeles, in Los Angeles County, California.  The Bureau of Alcohol, 7 Tobacco, Firearms and Explosives published notice of the non-8 judicial forfeiture of the defendant properties on December 14, 21, 9 and 28, 2006 in the <u>Wall Street Journal</u>;

10    4.   Plaintiff proposes that publication be made as follows:

11       a.   One publication;

12       b.   In the following newspaper, a legal newspaper of 13 general circulation, located in the county (Los Angeles) in which 14 the defendant properties were seized: <u>Metropolitan News</u>;

15       c.   The publication to include the following:

16          (1)   The Court, title and number of the action;

17          (2)   The date of the arrest/seizure;

18          (3)   The identity and/or description of the property 19 arrested/seized;

20          (4)   The name, address and telephone number of the 21 attorney for the plaintiff;

22          (5)   A statement that claims of persons entitled to 23 possession or claiming an interest pursuant to Supplemental Rule 24 G(5) must be filed with the Clerk and served on the attorney for 25 the plaintiff within 30 days after the date of publication;

26          (6)   A statement that answers to the complaint or a 27 motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed.

28          2

1  R. Civ. P.") must be filed and served within 20 days after the
2  filing of the claims and, in the absence thereof, default may be
3  entered and condemnation ordered;
4              (7)  A statement that applications for intervention
5  under Fed. R. Civ. P., Rule 24 by persons claiming maritime liens
6  or other interests shall be filed within the 30 days allowed for
7  claims for possession; and
8              (8)  The name, address, and telephone number of the
9  U.S. Marshal and/or Bureau of Alcohol, Tobacco, Firearms and
10 Explosives.
11 DATED: 4/11/07                McGREGOR W. SCOTT
                                 United States Attorney
12
13                               /s/ Kristin S. Door
                                 KRISTIN S. DOOR
14                               Assistant U.S. Attorney
15
16                               **ORDER**
17     IT IS SO ORDERED.
18 DATE: 4/23/07                 /s/ Gregory G. Hollows
19                               UNITED STATES MAGISTRATE JUDGE
20
21 07cv692.ord

3