```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone:  (916) 554-2723

 5  Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-CV-00692-FCD/KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER FOR |
| ) | STAY OF FURTHER PROCEEDINGS |
| v. ) | |
| ) | |
| APPROXIMATELY $129,707.00 IN U.S. ) | |
| CURRENCY, ) | |
| ) | |
| APPROXIMATELY $100,700.54 IN MONEY ) | |
| ORDERS, ) | |
| ) | |
| APPROXIMATELY $108,460.00 IN U.S. ) | |
| CURRENCY, AND ) | |
| ) | |
| APPROXIMATELY $251,911.00 IN U.S. ) | |
| CURRENCY, ) | |
| ) | |
| Defendants. ) | |

Plaintiff United States of America, and Claimants Abdurrahman Yousuf and Khatiza Madha Yousuf, (hereafter referred to collectively as "claimants"), by and through their respective counsel, hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings for a period of six months pending the

1

outcome of a related criminal investigation against claimant Abdurrahman Yousuf.

1. Each of the claimants has filed a claim to the defendant property and an Answer to the Verified Complaint for Forfeiture <u>In Rem</u>.

2. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2). The plaintiff contends that Abdurrahman Yousuf and others were involved in a scheme to defraud the California Board of Equalization out of excise taxes due on the sale of tobacco products. The plaintiff further contends that proceeds of the fraud scheme are traceable to the property that is the subject of this forfeiture action. Claimants deny these allegations.

3. To date no one has been charged with any criminal offense by state, local, or federal authorities, and the statute of limitations has not expired on potential criminal charges relating to the fraud scheme. Nevertheless, the plaintiff intends to depose claimants regarding their claims, their ownership of a business called "A to Z Cash & Carry," and their involvement in the sale of tobacco products into California. If discovery proceeds at this time, claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claims to the defendant real property, or waiving their Fifth Amendment right and submitting to a deposition and potentially incriminating themselves. If they invoke their Fifth Amendment rights, the plaintiff will be deprived of the ability to explore the factual basis for the claims they filed with this court.

2

1       4.   In addition, claimants intend to depose, among others,
2  the agents involved in this investigation, including but not
3  limited to the agents with the Bureau of Alcohol, Tobacco, Firearms
4  & Explosives and the California Board of Equalization.  Allowing
5  depositions of the law enforcement officers at this time would
6  adversely affect the ability of federal authorities to investigate
7  the underlying criminal conduct.
8       5.   The parties recognize that proceeding with this action at
9  this time has potential adverse affects on the investigation of the
10 underlying criminal conduct and/or upon claimants' ability to prove
11 their claim to the property and assert any defenses to forfeiture.
12 For these reasons, the parties jointly request that this matter be
13 stayed for six months.  At that time the parties will advise the
14 court of the status of the criminal investigation and will advise
15 the court whether a further stay is necessary.

Dated: November 24, 2008          McGREGOR W. SCOTT
                                  United States Attorney

                            By    /s/ Kristin S. Door
                                  KRISTIN S. DOOR
                                  Assistant U.S. Attorney
                                  Attorneys for Plaintiff
                                  United States of America

Dated: December 4, 2008
                                  /s/ Bryan C. Altman
                                  BRYAN C. ALTMAN
                                  The Altman Law Group
                                  Attorney for claimants
                                  Abdurrahman Yousuf and
                                  Khatiza Madha Yousuf

3

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) for a period of six months. On or before May 22, 2009, the parties will advise the court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: December 4, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

4