```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2723

 5  Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-CV-00692-FCD-KJM |
| Plaintiff, | STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER |
| v. | |
| APPROXIMATELY $129,707.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $100,700.54 IN MONEY ORDERS, | |
| APPROXIMATELY $108,460.00 IN U.S. CURRENCY, AND | |
| APPROXIMATELY $251,911.00 IN U.S. CURRENCY, | |
| Defendants. | |

Plaintiff United States of America, and Claimants Abdurrahman Yousuf and Khatiza Madha Yousuf, (hereafter referred to collectively as "claimants"), by and through their respective counsel, hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings for a period of six months pending the

outcome of a related criminal investigation against claimant Abdurrahman Yousuf.

1. Each of the claimants has filed a claim to the defendant property and an Answer to the Verified Complaint for Forfeiture <u>In Rem</u>.

2. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2). The plaintiff contends that Abdurrahman Yousuf and others were involved in a scheme to defraud the California Board of Equalization out of excise taxes due on the sale of tobacco products. The plaintiff further contends that proceeds of the fraud scheme are traceable to the property that is the subject of this forfeiture action. Claimants deny these allegations.

3. To date no one has been charged with any criminal offense by state, local, or federal authorities, and the statute of limitations has not expired on potential criminal charges relating to the fraud scheme. Nevertheless, the plaintiff intends to depose claimants regarding their claims, their ownership of a business called "A to Z Cash & Carry," and their involvement in the sale of tobacco products into California. If discovery proceeds at this time, claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claims to the defendant real property, or waiving their Fifth Amendment right and submitting to a deposition and potentially incriminating themselves. If they invoke their Fifth Amendment rights, the plaintiff will be deprived of the ability to explore the factual basis for the claims they filed with this court.

4. In addition, claimants intend to depose, among others, the agents involved in this investigation, including but not limited to the agents with the Bureau of Alcohol, Tobacco, Firearms & Explosives and the California Board of Equalization. Allowing depositions of the law enforcement officers at this time would adversely affect the ability of federal authorities to investigate the underlying criminal conduct.

5. The parties recognize that proceeding with this action at this time has potential adverse affects on the investigation of the underlying criminal conduct and/or upon claimants' ability to prove their claim to the property and assert any defenses to forfeiture. For these reasons, the parties jointly request that this matter be stayed for six months. At that time the parties will advise the court of the status of the criminal investigation and will advise the court whether a further stay is necessary.

Dated: May 22, 2009     LAWRENCE G. BROWN
                        Acting United States Attorney

                    By  /s/ Kristin S. Door
                        KRISTIN S. DOOR
                        Assistant U.S. Attorney
                        Attorneys for Plaintiff
                        United States of America


Dated: May 22, 2009     MARKS & BROOKLIER

                    By  /s/ Anthony P. Brooklier
                        ANTHONY P. BROOKLIER
                        Attorney for claimants
                        Abdurrahman Yousuf and
                        Khatiza Madha Yousuf

                        (Original signatures retained by AUSA Door)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) for a period of six months. On or before November 23, 2009, the parties will advise the court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: May 26, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE