```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone:  (916) 554-2723

 5  Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>          Plaintiff,                 )<br>                                     )<br>     v.                              )<br>                                     )<br>APPROXIMATELY $129,707.00 IN U.S.    )<br>CURRENCY,                            )<br>                                     )<br>APPROXIMATELY $100,700.54 IN MONEY   )<br>ORDERS,                              )<br>                                     )<br>APPROXIMATELY $108,460.00 IN U.S.    )<br>CURRENCY, AND                        )<br>                                     )<br>APPROXIMATELY $251,911.00 IN U.S.    )<br>CURRENCY,                            )<br>                                     )<br>          Defendants.                )<br>_____) | 2:07-CV-00692-FCD/KJM<br><br>EX PARTE APPLICATION FOR<br>STAY OF FURTHER PROCEEDINGS;<br>**ORDER** |

Plaintiff United States of America applies ex parte to extend the current stay in the above-entitled action, and requests that the Court enter an order staying all further proceedings for a period of six months pending the outcome of a related criminal case pending against claimant Abdurrahman Yousuf.  Yousuf was indicted by a federal grand jury in the Central District of California (United States v. Abdurrahman Yousuf, 10-824 PA) and is scheduled

1  to start trial on December 7, 2010.

2  　　1.　　Claimants Abdurrahman Yousuf and Khatiza Madha Yousuf,
3  (hereafter referred to collectively as "claimants") are not parties
4  to this stipulation for the following reasons:

5  　　a.　　In late 2009 Bryan C. Altman, attorney of record for
6  claimants, moved to withdraw as claimants' counsel.  On November
7  25, 2009, this Court denied the motion.

8  　　b.　　On November 23, 2010, undersigned counsel spoke with Mr.
9  Altman who advised her that he has not had any contact with
10 claimants and does not know their current whereabouts.

11 　　c.　　Mr. Altman further stated that under these circumstances
12 he does not believe he has authority to consent to a stay.

13 　　d.　　Plaintiff therefore submits this request <u>ex parte.</u>

14 　　2.　　Each of the claimants has filed a claim to the defendant
15 property and an Answer to the Verified Complaint for Forfeiture <u>In</u>
16 <u>Rem</u>.

17 　　3.　　The stay is requested pursuant to 18 U.S.C. § 981(g)(1).
18 The plaintiff contends that Abdurrahman Yousuf and others were
19 involved in a scheme to defraud the California Board of
20 Equalization out of excise taxes due on the sale of tobacco
21 products.  The plaintiff further contends that proceeds of the
22 fraud scheme are traceable to the property that is the subject of
23 this forfeiture action.  Claimants deny these allegations.

24 　　4.　　Plaintiff intends to depose claimants regarding their
25 claims, their ownership of a business called "A to Z Cash & Carry,"
26 and their involvement in the sale of tobacco products into
27 California.  If discovery proceeds at this time, claimants will be
28 placed in the difficult position of either invoking their Fifth

Amendment rights against self-incrimination and losing the ability to pursue their claims to the defendant real property, or waiving their Fifth Amendment right and submitting to a deposition and potentially incriminating themselves. If they invoke their Fifth Amendment rights, the plaintiff will be deprived of the ability to explore the factual basis for the claims they filed with this court.

5. In addition, claimants intend to depose, among others, the agents involved in this investigation, including but not limited to the agents with the Bureau of Alcohol, Tobacco, Firearms & Explosives and the California Board of Equalization. Allowing depositions of the law enforcement officers at this time would adversely affect the ability of federal authorities to prosecute claimant Yousuf in the Central District of California.

6. Plaintiff contends that proceeding with this action at this time has potential adverse affects on the prosecution of the related criminal case and/or upon claimants' ability to prove their claim to the property and assert any defenses to forfeiture. For these reasons, plaintiff requests that this matter be stayed for six months. At that time the parties will advise the court of the status of the criminal case and will advise the court whether a further stay is necessary.

Dated: November 23, 2010        BENJAMIN B. WAGNER
                                United States Attorney

                        By   /s/ Kristin S. Door
                             KRISTIN S. DOOR
                             Assistant U.S. Attorney
                             Attorneys for Plaintiff
                             United States of America

EX PARTE APPLICATION FOR STAY OF FURTHER
PROCEEDINGS; ORDER 3

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. § 981(g)(1) for a period of six months. On or before **May 24, 2011**, the parties will advise the court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: November 23, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE