1  BENJAMIN B. WAGNER
   United States Attorney
2  KELLI L. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2799

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,             ) 2:07-CV-00692-FCD-CMK
                                           )
12 |          Plaintiff,                   ) FINAL JUDGMENT
                                           ) OF FORFEITURE
13 |     v.                                )
                                           )
14 | APPROXIMATELY $129,707.00 IN U.S.     )
     CURRENCY,                             )
15 |                                       )
     APPROXIMATELY $100,700.54 IN          )
16 | MONEY ORDERS,                         )
                                           )
17 | APPROXIMATELY $108,460.00 IN U.S.     )
     CURRENCY, AND                         )
18 |                                       )
     APPROXIMATELY $251,911.00 IN U.S.     )
19 | CURRENCY,                             )
                                           )
20 |          Defendants.                  )
                                           )
21

22      Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

23      1. This is a civil forfeiture action against the above-captioned assets (hereafter

24 "defendant funds")  seized on or about October 17, 2006.

25      2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on April

26 11, 2007, alleging that said defendant funds are subject to forfeiture to the United

27 States pursuant to 18 U.S.C. § 981(a)(1)(C).

28      3. On or about April 11, 2007, the Clerk issued a Warrant for Arrest for the

                                    1                    Final Judgment of Forfeiture

defendant funds, and that warrant was duly executed on April 20, 2007.

4. On May 23, 2007, a Notice of Arrest and Seizure of the defendant funds appeared by publication in the *Metropolitan News-Enterprise,* a newspaper of general circulation in the county in which the defendant funds were seized (Los Angeles County). The Proof of Publication was filed with the Court on June 11, 2007.

5. In addition to the Public Notice of Arrest and Seizure, actual notice or attempted notice was given to the following individuals:

    a. Abdurrahman M. Yousuf

    b. Khatiza Madha

6. Claimants Abdurrahman Yousuf and Khatiza Madha Yousuf filed a Claim to the defendant funds on May 30, 2007, and Answers to the complaint on June 19, 2007. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against claimants Abdurrahman Yousuf and Khatiza Madha Yousuf and all other potential claimants who have not filed claims in this action.

3. All right, title, and interest of Abdurrahman Yousuf and Khatiza Madha Yousuf in the following defendant funds, together with any interest that may have accrued, shall be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), to be disposed of according to law:

    a. Approximately $129,707.00 in U.S. Currency,
    b. Approximately $100,700.54 in Money Orders,
    c. Approximately $108,460.00 in U.S. Currency, and
    d. Approximately $251,911.00 in U.S. Currency.

4. That the United States and its servants, agents, and employees and all other

public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant funds.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

     5. Claimants Abdurrahman Yousuf and Khatiza Madha Yousuf waived any and all claim or right to interest that may have accrued on the defendant funds being forfeited to the United States.

     6. All parties are to bear their own costs and attorneys' fees.

     7. The U.S. District Court for the Eastern District of California, Hon. Frank C. Damrell, Jr., District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

     SO ORDERED THIS 4TH day of May, 2011.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE